# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDAL ANTONIO MURILLO,<br>    Plaintiff,<br><br>v.<br><br>HOUSE SPRINGS TRANSPORTATION &<br>MANAGEMENT LLC, and ENVER SASIC,<br>    Defendants,<br><br>**AND**<br><br>MARVIN MURILLO and MARIO<br>ARTIAGA,<br>    Plaintiffs,<br><br>v.<br><br>HOUSE SPRINGS TRANSPORTATION &<br>MANAGEMENT LLC, and ENVER SASIC,<br>    Defendants. | Case No. CIV-16-038-RAW<br>**LEAD CASE**<br>**Consolidated With:**<br><br><br>Case No. CIV-16-382-RAW<br>**MEMBER CASE** |

## ORDER & OPINION

On January 23, 2017, Plaintiffs Vidal Antonio Murillo, Marvin Murillo and Mario Artiaga filed a notice with the court confessing Defendants' motion for partial summary judgment on the issue of punitive damages [Docket No. 46] and Defendant House Springs Transportation and Management LLC's motion for summary judgment on the issue of direct negligence [Docket No. 47]. Accordingly, the motions are hereby GRANTED.

**IT IS SO ORDERED** this 30th day of January, 2017.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**